LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Valley Corp. B

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:　　　　　　　　　　　　　　　　　　　Case No. 07-54072 ASW

VALLEY CORP B. fdba RJH CORP,　　　　　　Chapter 11

　　　　　　Debtor.

---

VALLEY CORP B. fdba RJH CORP,　　　　　　Adv. Pro. No. 07-5216 ASW

　　　　　　Plaintiff,　　　　　　　　　　　Date:　January 16, 2008
　　　　　　　　　　　　　　　　　　　　　　Time:　3:30 p.m.
v.　　　　　　　　　　　　　　　　　　　　　Place: Hon. Arthur S. Weissbrodt

TY LEVINE; and KAREN LEVINE;

　　　　　　Defendants

---

**APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

TO DEFENDANTS TY LEVINE AND KAREN LEVINE, AND THEIR ATTORNEYS OF

RECORD:

　　　NOTICE IS HEREBY GIVEN that, pursuant to the Stipulation and Order Shortening Time,

on January 16, 2008, at 3:30 p.m. in the courtroom of the Hon. Arthur S. Weissbrodt, located at 280

**APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

Case: 07-05216　　Doc# 7　　Filed: 01/11/08　　Entered: 01/11/08 11:20:23　　Page 1 of 3

So. First St., San Jose, CA 95113, Plaintiff and debtor-in-possession Valley Corp B. ("Plaintiff" or "Debtor") will and hereby does move the Court for issuance of a Temporary Restraining Order and Order to Cause Re Preliminary Injunction.

Debtor hereby moves the Court, pursuant to the provisions of 11 U.S.C. § 105 and Rule 7065 of the Rules of Bankruptcy Procedure, to issue a Preliminary Injunction retraining and enjoining Ty Levine and Karen Levine ("Defendants") from prosecuting litigation against Ronald J. Haas, Debtor's sole officer and employee. In particular, the Application seeks an order enjoining Defendants' continued prosecution of a certain state court litigation filed by Defendants against both Debtor and Ronald Haas, which case was filed in Santa Clara County Superior Court and is identified as Case No. 1-07-CV-081016 (the "State Court Action."). By this Application Debtor specifically seeks an order preventing the continued prosecution of the State Court Action against Haas, individually, pending confirmation of a plan of reorganization.

The Application is based upon the fact that Haas is the sole officer, employee and shareholder of Debtor, and his full attention and efforts are required for the successful reorganization of Debtor.

Plaintiff represents that it will suffer irreparable injury if Defendants are permitted to continue prosecution of the State Court Action against Haas, individually, because the litigation will cause the officer, employee, and shareholder of Debtor to exert unnecessary efforts to defend the action against him, which will detract from his efforts to reorganize Debtor. Continued litigation against Haas in his individual capacity may cause a decrease in Debtor's ability to perform all administrative tasks associated with Chapter 11 cases on behalf of Debtor, pursue the significant account receivable which constitutes the estate's most valuable asset, conduct ongoing operations, generate future business, and evaluate and prepare bids for new projects.

Plaintiff further submits that Defendants will suffer no prejudice or harm if the State Court Action is enjoined. Debtor is pursuing a plan of reorganization that will generate a fund for payment of any allowed claim of Defendants by collecting a $600,000 account receivable. Defendant has also

**APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION** 2

Case: 07-05216   Doc# 7   Filed: 01/11/08   Entered: 01/11/08 11:20:23   Page 2 of 3

invited Defendants' participation in an early settlement discussion in order to work towards resolution of the parties' disputes. Thus, Defendants will likely benefit from the requested relief, and will benefit from successful reorganization case. Further, in the unlikely event that the reorganization is not successful, Defendants will then be permitted to proceed with the State Court Action in its entirety, rather than in a piecemeal fashion.

Debtor submits that (a) it is more than likely to successfully reorganize; (b) that the balance of hardships tilts significantly in favor of granting the requested relief; and (c) that any public interest weigh in favor of granting the requested relief.

This Motion is based upon all of the records, papers and documents on file in this adversary proceeding, and in the Chapter 11 case herein, upon the Points and Authorities filed concurrently herewith, upon the Declaration Ronald J. Haas, upon the Order Shortening Time, upon the Notice of Hearing, upon such pleadings as may be filed at or immediately prior to the time of hearing of such motion, upon any evidence the Court will receive at the hearing, and upon the arguments of counsel.

Opposition, if any, should be filed and served on counsel for Debtor and on the United States Trustee.

Dated: January 11, 2008                                    COHEN AND JACOBSON, LLP

                                                           By:   /s/   Lawrence A. Jacobson
                                                                 Lawrence A. Jacobson

**APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**           3