Entered on Docket
July 25, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

IT IS SO ORDERED.
Signed July 25, 2008

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

Attorneys for Debtor
Valley Corp. B

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

VALLEY CORP B. fdba RJH CORP,

    Debtor.

_____

VALLEY CORP B. fdba RJH CORP,

    Plaintiff,

v.

TY LEVINE; and KAREN LEVINE;

    Defendants
_____

Case No. 07-54072 ASW

Chapter 11

Adv. Pro. No. 07-5216 ASW

**ORDER GRANTING DEBTOR'S APPLICATION
FOR ISSUANCE OF PRELIMINARY INJUNCTION**

(Staying Prosecution of State Court Action Against
Ronald J. Haas Through September 8, 2008)

Plaintiff and Debtor in Possession Valley Corp. B. ("Debtor") having filed its Application for Issuance of Temporary Restraining Order and Preliminary Injunction, and related pleadings (the "Application"); Defendants Ty and Karen Levine ("Defendants") having filed their Opposition, and related pleadings; the parties having stipulated to a standstill of the State Court Action, as that term is defined in the pleadings and by the Court in its ruling on this matter, pending a hearing on the Preliminary Injunction; Debtor and Defendants having filed their supplemental pleadings, as reflected on the docket; the matter having been continued from time to time, as reflected on the docket; the Application having come on for hearing on June 17, 2008, and continued by order of the Court to June 19, 2008, with appearances as noted on the record; the Court having read and considered all pleadings, declarations, documents, testimony, and arguments of counsel, and having taken the matter under submission; the matter having come back on for issuance of the Court's oral ruling on June 25, 2008; the Court having stated its findings of facts and conclusions of law orally on the record which are incorporated herein as though set forth in full; and good cause appearing therefor:

IT IS HEREBY ORDERED that, for the reasons stated on the record, the Application is GRANTED such that a Preliminary Injunction is hereby issued restraining Defendants Ty Levine and Karen Levine from prosecuting the State Court Action against Ronald J. Haas for a period of 75 days, until and including September 8, 2008, and Ty and Karen Levine are hereby so restrained. A transcript of the hearing at which the Court rendered its findings of fact and conclusions of law is being procured by Debtor, and will be reflected on the docket upon completion.

IT IS FURTHER ORDERED that a further hearing will be held on August 27, 2008, at 10:00 a.m., with respect to any request by the Debtor for an extension of the Preliminary Injunction beyond September 8, 2008. In the event that Debtor seeks an extension of the Preliminary Injunction, Debtor shall file its Supplemental Brief no later than August 6, 2008, with any Opposition to be filed by Defendants no later than August 13, 2008, and any Reply Brief to be filed no later than August 20, 2008.

IT IS FURTHER ORDERED that the Preliminary Injunction is made without prejudice to a motion to dissolve by Defendants, with any such request to be made for good cause shown, and based upon facts not previously presented to the Court.

***END OF ORDER***

Approved as to form:

Dated: July 22, 2008      COHEN AND JACOBSON

By: /s/ Sean M. Jacobson
    Sean M. Jacobson

Dated: July 22, 2008      HOPKINS AND CARLEY

By: /s/ Jay Ross
    Jay Ross

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jennifer Coleman |
|   | Law Offices of Hopkins and Carley |
| 3 | 70 South First Street |
|   | San Jose, CA 95113 |
| 4 | |
|   | Edwina Dowell |
| 5 | Office of the U.S. Trustee/SJ |
|   | U.S. Federal Building |
| 6 | 280 South First Street, Room 268 |
|   | San Jose, CA 95113-3004 |

**ORDER GRANTING DEBTOR'S APPLICATION
FOR ISSUANCE OF PRELIMINARY INJUNCTION** 4